In re Richard F. SELDEN, Marianne Borowski, Carol M. Kinoshita, Douglas A. Treco, Melanie D. Williams, Thomas J. Schuetz, and Peter F. Daniel.

No. 2011–1151.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2011.

Craig R. Smith, Laurie B. Lawrence, Danni Tang, Lando & Anastasi, LLP, Cambridge, MA, for Carol M. Kinoshita, Douglas A. Treco, Marianne Borowski, Melanie D. Williams, Peter F. Daniel, Richard F. Selden and Thomas J. Schuetz.

Raymond T. Chen, Mary L. Kelly, Farheena Yasmeen Rasheed, Patent & Trademark Office, Alexandria, VA, for David J. Kappos, Director, U.S. Patent and Trademark Office.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

PSYCHOPATHIC RECORDS, INC., Plaintiff–Appellee,

v.

Jeffery S. ANDERSON, Defendant–Appellant.

No. 2011–1148.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2011.

**ORDER**

Pursuant to this court's order filed January 25, 2011,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Sixth Circuit.